**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: NORLEY, RICHARD § | Case No. 10-09144-BWB |
| GAYDOS, LINDA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S DEARBORN STREET
  7TH FLOOR
  CHICAGO, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 03/15/2013 in Courtroom         , United States Courthouse,
JOLIET CITY HALL
150 W. JEFFERSON
2ND FLOOR
JOLIET, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/29/2013          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: NORLEY, RICHARD | § Case No. 10-09144-BWB |
| GAYDOS, LINDA | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,500.00 |
| *and approved disbursements of* | $ 191.61 |
| *leaving a balance on hand of* [1] | $ 12,308.39 |
| **Balance on hand:** | $ 12,308.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,308.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,000.00 | 0.00 | 2,000.00 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 1,615.00 | 0.00 | 1,615.00 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 38.35 | 0.00 | 38.35 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,353.20 | 0.00 | 1,353.20 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 19.64 | 0.00 | 19.64 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,026.19 |
| Remaining balance: | $ 7,282.20 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,282.20 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,282.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,461.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | LVNV Funding LLC | 8,958.00 | 0.00 | 737.42 |
| 3 | PRA Receivables Management, LLC | 30,636.34 | 0.00 | 2,521.99 |
| 4 | PRA Receivables Management, LLC | 30,538.87 | 0.00 | 2,513.96 |
| 5 | American Express Centurion Bank | 2,771.15 | 0.00 | 228.12 |
| 6 -2 | eCAST Settlement Corporation, assignee | 15,557.62 | 0.00 | 1,280.71 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,282.20 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Richard R. Norley
Linda J. Gaydos
    Debtors

Case No. 10-09144-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: tmaurer    Page 1 of 2    Date Rcvd: Jan 30, 2013
                      Form ID: pdf006    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2013.
```
db/jdb         +Richard R. Norley,    Linda J. Gaydos,    2750 Kingsway Avenue,    New Lenox, IL 60451-2571
aty            +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,    Chicago, IL 60603-1522
15201088       +American Express,    P.O. Box 360001,    Ft Lauderdale, FL 33336-0001
15535454        American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15201090        Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15201091       +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
15201092        CitiBank,    P.O. Box 6248,    Sioux Falls, SD 57117-6248
15201093       +Citibank - Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
15201094       +Creditors Discount & Audit,    415 E Main St,    Streator, IL 61364-2927
15201095       +First USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
15316707       +JP Morgan Chase Bank, National Association,    c/o Codilis & Associates, P.C.,
                 15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
15399051        JPMorgan Chase Bank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
15201096       +Michael D. Fine,    Attorney At Law,    131 S Dearborn Street, Floor 5,    Chicago, IL 60603-5571
15201089       +Onyx Acceptance Corp,    serviced by,    (Capital One Auto Finance),    P O Box 201347,
                 Arlington TX 76006-1347
15574507       +Onyx Acceptance Corp (Serviced by Capital One Auto,    P.O. Box 201347,    Arlington, TX 76006-1347
15450619       +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Citibank,
                 POB 41067,    NORFOLK VA 23541-1067
15557336        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15731644        E-mail/Text: resurgentbknotifications@resurgent.com Jan 31 2013 02:14:37     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2013**        **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: tmaurer              Page 2 of 2              Date Rcvd: Jan 30, 2013
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2013 at the address(es) listed below:
          Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com
          David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
          Joel P Fonferko    on behalf of Creditor    JP Morgan Chase Bank, National Association
           ND-Two@il.cslegal.com
          John A Reed    on behalf of Debtor Richard R. Norley barbf@thebankruptcylaw.com
          John A Reed    on behalf of Joint Debtor Linda J. Gaydos barbf@thebankruptcylaw.com
          Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor    JP Morgan Chase Bank, National Association
           ND-Two@il.cslegal.com
          Thomas B Sullivan    tsullivan@innovalaw.com,   IL19@ecfcbis.com
                                                                                        TOTAL: 10