**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: NORLEY, RICHARD<br>GAYDOS, LINDA<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 10-09144-BWB |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $228,400.00<br>*(without deducting any secured claims)* | Assets Exempt: $36,800.00 |
| Total Distribution to Claimants: $7,282.20 | Claims Discharged Without Payment: $81,179.78 |
| Total Expenses of Administration: $5,217.80 | |

3) Total gross receipts of $ 12,500.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $192,090.18 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,217.80 | 5,217.80 | 5,217.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 88,461.98 | 88,461.98 | 7,282.20 |
| **TOTAL DISBURSEMENTS** | $0.00 | $285,769.96 | $93,679.78 | $12,500.00 |

4) This case was originally filed under Chapter 7 on January 25, 2012. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2013 By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MOBILE HOME IN NECEDAH WI | 1110-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | $12,500.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JP Morgan Chase Bank, National Association | 4110-000 | N/A | 187,109.81 | 0.00 | 0.00 |
| 7 | ONYX ACCEPTANCE CORP SVCD BY CAPITAL ONE AUTO | 4210-000 | N/A | 4,980.37 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $192,090.18 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| INNOVALAW, PC | 3110-000 | N/A | 1,615.00 | 1,615.00 | 1,615.00 |
| INNOVALAW, PC | 3120-000 | N/A | 38.35 | 38.35 | 38.35 |
| Alan D. Lasko | 3410-000 | N/A | 1,353.20 | 1,353.20 | 1,353.20 |

| | | | | | |
|---|---|---|---|---|---|
| Alan D. Lasko | 3420-000 | N/A | 19.64 | 19.64 | 19.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.11 | 28.11 | 28.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.50 | 25.50 | 25.50 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 113.00 | 113.00 | 113.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,217.80 | $5,217.80 | $5,217.80 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | LVNV Funding LLC | 7100-000 | N/A | 8,958.00 | 8,958.00 | 737.42 |
| 3 | PRA Receivables Management, LLC | 7100-000 | N/A | 30,636.34 | 30,636.34 | 2,521.99 |
| 4 | PRA Receivables Management, LLC | 7100-000 | N/A | 30,538.87 | 30,538.87 | 2,513.96 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 2,771.15 | 2,771.15 | 228.12 |
| 6 -2 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 15,557.62 | 15,557.62 | 1,280.71 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $88,461.98 | $88,461.98 | $7,282.20 |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-09144-BWB
**Case Name:** NORLEY, RICHARD
GAYDOS, LINDA
**Period Ending:** 05/10/13

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Filed (f) or Converted (c):** 01/25/12 (c)
**§341(a) Meeting Date:** 02/23/12
**Claims Bar Date:** 05/30/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2750 KINGSWAY, NEW LENOX | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | MOBILE HOME IN NECEDAH WI | 16,250.00 | 16,250.00 | | 12,500.00 | FA |
| 3 | CASH | 50.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNT | 800.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 6 | BOOKS | 150.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 9 | IRA | Unknown | Unknown | | 0.00 | FA |
| 10 | PENSION | Unknown | Unknown | | 0.00 | FA |
| 11 | 2000 JEEP CHEROKEE | 4,000.00 | 0.00 | | 0.00 | FA |
| 12 | 1996 JEEP CHEROKEE | 2,400.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets** **Totals** (Excluding unknown values) | **$244,650.00** | **$16,250.00** | | **$12,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

WAITING FOR FINAL PREPARATION OF TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** April 30, 2014 **Current Projected Date Of Final Report (TFR):** January 29, 2013 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 10-09144-BWB
**Case Name:** NORLEY, RICHARD
GAYDOS, LINDA
**Taxpayer ID #:** **-***9637
**Period Ending:** 05/10/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******13-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/12 | {2} | GEORGE AND NANCY GAYDOS | SETTLEMENT PAYMENT | 1110-000 | 2,500.00 | | 2,500.00 |
| 09/14/12 | {2} | GEORGE GAYDOS | SETTLEMENT PAYMENT | 1110-000 | 10,000.00 | | 12,500.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,475.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.11 | 12,446.89 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.50 | 12,421.39 |
| 12/11/12 | 101 | ILLINOIS DEPARTMENT OF REVENUE | EIN: 38-7039637/2012 FORM IL-1041 | 2820-000 | | 113.00 | 12,308.39 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 12,308.39 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **12,500.00** | **12,500.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 12,308.39 | |
| **Subtotal** | **12,500.00** | **191.61** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$12,500.00** | **$191.61** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 10-09144-BWB
**Case Name:** NORLEY, RICHARD
GAYDOS, LINDA
**Taxpayer ID #:** **-***9637
**Period Ending:** 05/10/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ****620266 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 12,308.39 | | 12,308.39 |
| 03/18/13 | 10102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,000.00, Trustee Compensation; Reference: | 2100-000 | | 2,000.00 | 10,308.39 |
| 03/18/13 | 10103 | INNOVALAW, PC | Dividend paid 100.00% on $1,615.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,615.00 | 8,693.39 |
| 03/18/13 | 10104 | INNOVALAW, PC | Dividend paid 100.00% on $38.35, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 38.35 | 8,655.04 |
| 03/18/13 | 10105 | Alan D. Lasko | Dividend paid 100.00% on $1,353.20, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,353.20 | 7,301.84 |
| 03/18/13 | 10106 | Alan D. Lasko | Dividend paid 100.00% on $19.64, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 19.64 | 7,282.20 |
| 03/18/13 | 10107 | LVNV Funding LLC | Dividend paid 8.23% on $8,958.00; Claim# 2; Filed: $8,958.00; Reference: | 7100-000 | | 737.42 | 6,544.78 |
| 03/18/13 | 10108 | PRA Receivables Management, LLC | Dividend paid 8.23% on $30,636.34; Claim# 3; Filed: $30,636.34; Reference: | 7100-000 | | 2,521.99 | 4,022.79 |
| 03/18/13 | 10109 | PRA Receivables Management, LLC | Dividend paid 8.23% on $30,538.87; Claim# 4; Filed: $30,538.87; Reference: | 7100-000 | | 2,513.96 | 1,508.83 |
| 03/18/13 | 10110 | American Express Centurion Bank | Dividend paid 8.23% on $2,771.15; Claim# 5; Filed: $2,771.15; Reference: | 7100-000 | | 228.12 | 1,280.71 |
| 03/18/13 | 10111 | eCAST Settlement Corporation, assignee | Dividend paid 8.23% on $15,557.62; Claim# 6 -2; Filed: $15,557.62; Reference: | 7100-000 | | 1,280.71 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **12,308.39** | **12,308.39** | **$0.00** |
| Less: Bank Transfers | 12,308.39 | 0.00 | |
| **Subtotal** | **0.00** | **12,308.39** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$12,308.39** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 10-09144-BWB
**Case Name:** NORLEY, RICHARD
GAYDOS, LINDA
**Taxpayer ID #:** **-***9637
**Period Ending:** 05/10/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ****620266 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******13-66 | 12,500.00 | 191.61 | 0.00 |
| Checking # ****620266 | 0.00 | 12,308.39 | 0.00 |
| | $12,500.00 | $12,500.00 | $0.00 |

May 10, 2013
Date

/s/ THOMAS B. SULLIVAN, TRUSTEE
THOMAS B. SULLIVAN, TRUSTEE